1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        CENTRAL DISTRICT OF CALIFORNIA

11                              WESTERN DIVISION

12

13                                          CV 00-7620 ABC (RZx)
   EDWIN E. CHAVEZ,

14                                          ORDER RENEWING JUDGMENT **NUNC
                         Plaintiff,         PRO TUNC**

15           v.

16   COUNTY OF RIVERSIDE, et al.,

17                         Defendants.

18

19

20      The judgment debtor, Defendant BARBARA FLORES, having Judgment

21   entered against her on May 18, 2004;

22      NOW, upon the application of judgment creditor Plaintiff EDWIN E.

23   CHAVEZ, filed on July 1, 2013, and upon Plaintiff's declaration that

24   the Judgment remains unsatisfied, and that Defendant is indebted to

25   Plaintiff,

26   //

27   //

28

1    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's

2   Judgment against Defendant be renewed *nunc pro tunc* as of July 2,

3   2013, in the amount of $991,996.51, which is broken down as follows:

4

5       Judgment as entered..........................$ 850,000.00

6       Credits after Judgment ......................$ 0.00

7       Interest after Judgment computed from

8       May 18, 2004 to July 1, 2013 at 1.83%

9       ($42.616 per day for 3,332 days).............$ 141,996.51

10

11      **GRAND TOTAL ............................... $ 991,996.51**

12

13

14      **IT IS SO ORDERED.**

15

16   **DATED:    July 1, 2013**        _____

17                                        **AUDREY B. COLLINS**
                                     **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28