1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
11  Edwin E. Chavez                    )    Case No. CV 00-7620-MWF (RZx)
                                       )
12                    Plaintiff,       )    **ORDER RENEWING JUDGMENT**
                                       )
13        vs.                          )
                                       )
14                                     )
    County of Riverside et al.         )
15                                     )
                      Defendants.      )
16                                     )
17                                     )
                                       )
18                                     )
19                                     )
20
21      The Judgment debtor, Defendant Barbara Flores, having judgment entered
22  against her on May 18, 2004;
23
24      NOW, upon the application of judgment creditor Plaintiff Edwin E. Chavez,
25  filed on May 8, 2023, and upon Plaintiff's declaration that the Judgment remains
26  unsatisfied, and that Defendant is indebted to Plaintiff,
27
28

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's Judgment against Defendant be renewed as of May 1, 2023, in the amount of $1,144,987.95, which is broken down as follows:

Judgment as entered: …………………………………$ 850,000.00

Credits after Judgment: …………………………….$ 0.00

Interest after Judgment computed from
May 18, 2004 to May 1, 2023 at 1.83%
($42.616 per day for 6,922 days): ………………………$ 294,987.95

**GRAND TOTAL** ……………………………………… $ 1,114,987.95

IT IS SO ORDERED.

Dated:  May 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge